The relief described hereinbelow is SO ORDERED

Done this 5th day of February, 2019.





**William R. Sawyer**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re:
ROBERT ERIC SAGGUS
  Debtor(s)

Chapter 13
Case No. 14-80217

### ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT

Upon consideration of the Application for Payment of Unclaimed Funds filed on January 24, 2019 (Doc. 101), it is hereby

**ORDERED** that the Clerk of the United States Bankruptcy Court is directed to disburse $485.92 to the claimant as follows:

    Robert Eric Saggus
    830 Ave. A, Suite B
    Opelika, AL 36801

###END OF ORDER###

c:Debtor
  Debtor's Attorney
  Chapter 13 Trustee
  U.S. Attorney
  Robert Eric Saggus, 830 Ave. A, Suite B,  Opelika, AL  36801



Submitted by:
Janet Clark